**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nicholas LINDSEY, Defendant–Appellant.**

**No. 14-10004**

United States Court of Appeals,
Ninth Circuit.

Filed February 3, 2017

D.C. No. 2:11-cr-00217-LDG-CWH-1

Before: Susan P. Graber,* Ronald M. Gould, and Michelle T. Friedland, Circuit Judges.

**ORDER**

The Defendant-Appellant's petition for rehearing is **GRANTED**. The prior opinion and memorandum disposition filed June 28, 2016, are withdrawn. A substitute opinion and substitute memorandum disposition shall be filed in due course.